**Order entered January 15, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00607-CV

**CHAO-TSU LEE, ET AL., Appellants**

**V.**

**FANNIE MAE, Appellee**

**On Appeal from the County Court at Law No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-07466-A**

## ORDER

On November 13, 2013, Appellants filed a First Motion for Extension of Time to File Petition for Review. At best, the Court could construe the motion as a motion for rehearing. This Court, however, has yet to issue an opinion in this case. The motion is not ripe for our review because the Court cannot grant an extension of time for something that has yet occur. Accordingly, Appellants' First Motion for Extension of Time to File Petition for Review is **DENIED.**

/s/     DAVID EVANS
          JUSTICE